No. 712. TRIANGLE IMPROVEMENT COUNCIL ET AL. *v.* RITCHIE, COMMISSIONER, STATE ROAD COMMISSION OF WEST VIRGINIA, ET AL. C. A. 4th Cir. [Certiorari granted, 400 U. S. 963.] Motion of the Solicitor General for leave to permit Wm. Bradford Reynolds to present oral argument *pro hac vice* granted.

No. 1386. CHICAGO HOUSING AUTHORITY ET AL. *v.* GAUTREAUX ET AL. C. A. 7th Cir. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. 1390. PRUETT *v.* TEXAS. Appeal from Ct. Crim. App. Tex. Application for stay of mandate presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. 5105. ZENITH RADIO CORP. *v.* CASTLE, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 1129. FEIN *v.* SELECTIVE SERVICE SYSTEM LOCAL BOARD No. 7 OF YONKERS, NEW YORK, ET AL. C. A. 2d Cir. Certiorari granted.

No. 6048. ADAMS *v.* ILLINOIS. Sup. Ct. Ill. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 2 as set forth in petition which reads as follows:

"2. Whether *Coleman* v. *Alabama,* 399 U. S. 1 (1970) is retroactive and/or applicable to a cause where, prior to trial, the defendant objected to the failure to provide counsel at the preliminary hearing?"